IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: CAROLYN J. LOVASH & | ) | |
| FORREST L. NELSON, JR. | ) | |
| | ) | |
| Washington Mutual Bank, | ) | |
| Creditor, | ) | |
| | ) | |
| vs. | ) | CASE NO. 06B11940 |
| | ) | JUDGE Manuel Barbosa |
| CAROLYN J. LOVASH & | ) | |
| FORREST L. NELSON, JR., | ) | |
| Debtor | ) | |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Washington Mutual Bank, by and through its attorneys,

Pierce & Associates, P.C., and hereby responds to the Notice of

Payment of Final Mortgage cure, stating as follows:

1. The Debtors are due for the July 1, 2008 contractual payment
   and all those thereafter.

2. The following is an itemization of the amounts due on the loan
   as of September 5, 2008:

   |  |  |
   |---|---|
   | a. Attorney's fees | $250.00 |
   | b. BPO Fees | $383.00 |
   | c. Escrow Shortage | $5,549.00 |
   | d. Bankruptcy Fees & Costs | $310.00 |
   | Total | $6,492.00 |

If no challenge to foregoing is made by motion filed with the court
and serviced on the undersigned and the trustee within thirty days of
this notice Washington Mutual Bank rights to collect these amounts
will be unaffected.

Respectfully Submitted,
Washington Mutual Bank

/s/Michael J. Halpin
Michael J. Halpin ARDC#6239453
Pierce and Associates, P.C.
1 North Dearborn
13th Floor
Chicago, Illinois 60602